John D. Pamplin
Name
NNCC POB 7000
Carson City, NV 89702

74405
Prison Number

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

John D. Pamplin, )
Plaintiff, )
)
vs. John Doe, Medical )       CASE NO. _____
Director over all N.V. Prisons, )       (To be supplied by the Clerk)
)
Warden Baker, )
)       **CIVIL RIGHTS COMPLAINT**
C/O Kimal at Ely, )       **PURSUANT TO**
)       **42 U.S.C. § 1983**
John Keast, head of Medical at NNCC )
John Doe, head of Medical at Lovelock )
John Doe, head of Medical at Ely )
Defendant(s). )

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, John Pamplin,
(Print Plaintiff's name)

who presently resides at Northern NV Correctional Center, were

violated by the actions of the below named individuals which were directed against

Plaintiff at Ely, Lovelock and NNCC on the following dates
(institution/city where violation occurred)

_____, _____, and _____.
(Count I)        (Count II)            (Count III)

Attach: Application for forma Papers, Appointment of Counsel, Summons, Financial Certificate + Penalty of Perjury

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

2) Defendant **Baker R.** resides at _____,
   (full name of first defendant)          (address if first defendant)
   and is employed as **Warden at Ely**. This defendant is sued in his/her
   (defendant's position and title, if any)
   X individual  X official capacity. (Check one or both). Explain how this defendant was
   acting **Respondeat Superior!**
   under color of law: **Failure to train her employees and Failed to Fix the Situation after learning of the wrongs + Ignoring a Constitutional wrongdoing!**

3) Defendant **C/O Kimal** resides at _____,
   (full name of first defendant)          (address if first defendant)
   and is employed as **Guard at Ely**. This defendant is sued in his/her
   (defendant's position and title, if any)
   X individual  X official capacity. (Check one or both). Explain how this defendant was
   acting **Caused Physical Pain and Suffering Also Emotional Stress and Pain!**
   under color of law: **Consciously with malicious evil intentions seized my drop foot brace which was clearly given to support daily walking + Causing cruel and Unusual punishment + My Due Process rights violated**

4) Defendant **John Keast** resides at _____,
   (full name of first defendant)          (address if first defendant)
   and is employed as **Head of Medical at NNCC**. This defendant is sued in his/her
   (defendant's position and title, if any)
   X individual  X official capacity. (Check one or both). Explain how this defendant was
   acting **Respondeat Superior**
   under color of law: **Failure to Fix and ignored Constitutional wrongdoings of his employees. Failure to treat my medical needs**

5) Defendant **John Doe** resides at _____,
   (full name of first defendant)          (address if first defendant)
   and is employed as **Head of Medical at Ely**. This defendant is sued in his/her
   (defendant's position and title, if any)
   X individual  X official capacity. (Check one or both). Explain how this defendant was
   acting **Respondeat Superior**
   under color of law: **Ignored Constitutional wrongdoings of employees And Failure to treat my medical needs Equal Protection Violation Violated my due process rights**

2

Naming More then #5 defendants Continue on page Second page #2

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

2) Defendant **John Doe** resides at _____,
(full name of first defendant)     (address if first defendant)
and is employed as **Director over all Medical**. This defendant is sued in his/her
(defendant's position and title, if any)
__X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting **Respondeat Superior**
under color of law: **Failure to fix the issue after learing of the wrongs Fail to train there employees Just ignored Constitutional wrongdoings**

3) Defendant **John Doe** resides at _____,
(full name of first defendant)     (address if first defendant)
and is employed as **Head of Medical at lovelock**. This defendant is sued in his/her
(defendant's position and title, if any)
__X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was acting **Respondeat Superiors**
under color of law: **Ignored Constitutional wrongdoings of his Staff, + Failed to train employees and Failure to treat my Medical needs**

4) Defendant _____ resides at _____,
(full name of first defendant)     (address if first defendant)
and is employed as _____. This defendant is sued in his/her
(defendant's position and title, if any)
____ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

5) Defendant _____ resides at _____,
(full name of first defendant)     (address if first defendant)
and is employed as _____. This defendant is sued in his/her
(defendant's position and title, if any)
____ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

2

6) Defendant _____ resides at _____,
        (full name of first defendant)        (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
       (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

Injunctive relief (authorized) 28 USC Section 2283 + 2284 and Rule 65 of the federal Rules of Civil procedure, And Section 1983 28 USC, 1331 + 1343

---

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

2003, I was diagnosed here at NNCC's medical with dropfoot and provided with a dropfoot brace to support my walking disability. Doc, also gave restrictions that I and prison official had to follow. It was flat yard only, lower bunk and lower tier. From 03' to 2014 I'd had no issues. I was transferred to Ely in 2011 No problems there untill August 2nd 2014 C/o Kimal a unit guard takes my brace in a cell search I tell C/o Kimal its a medical devise to help me walk C/o Kimal said you dont need it. Suffer! And write a grievance. I wrote the warden & Wrote a grievance Never heard anything from the grievance Nor the warden Nor Medical Continuous Kiting medical, and the warden with No
Continue on the next page ----

## C. CAUSE OF ACTION

3

A Continuation from page-3- B Nature of the Case

1. response from either one. Which, I never receive my
2. dropfoot brace back. C/o Kimal was the unit guard and He
3. had personal Knowledge of my need of the medical devise
4. After continual Kiting without a sponse months have pass and
5. I'm experiencing great pain in my right hip due to Not having
6. the support of the dropfoot brace I talk with a few Pill Call nures and
7. assured an appointment which NO appointment was ever
8. sceduled. NO Response from medical Nor Warden Baker!
9. Nov 2nd 2015 I Kite medical because I'm experiencing lower back
10. pains Still "NO Response From medical" I wrote an emergency
11. grievance "Nothing From the grievace" and Nothing From medical.
12. Its now difficult to sleep with my lower back and right hip
13. really given me great pain. I have my family call the director
14. of prison I was only made to suffer more. April 9, 2016
15. Day of transport to Lovelock I ask a Sgt about my brace He
16. said he never seen it nor was it in my property. April 10, 2016
17. I immeligtely went to pill Call at lovelock, I was told at the pill
18. Call window to drop my Kite in the box outside of medical and
19. I'd be sceduled an appointment "NO" word from medical! June 28
20. I Kite medical again with "NO" response! Now, Its really painful
21. to sleep and even walk. Continue to Kite medical at lovelock and
22. Nothing! August 12th day of transfer to NNCC I immediately
23. write a Kite to medical Knowing I'll be seen her, Only to receive
24. the same treatm NO, Treatment at all. After numerous Kite still
25. Nothing! August 30th I Kite John Keast. NO Response! Sept 19, I
26. Kite "CN III Brockway No Response Still NO drop foot brace and Still
27. in great pain. Nov 10, Kite John Keast again Nothing Nov 14 2016 I kite
28. Keast And writ informal grievance As of Dec 19th Nothing from medical

There is No justification for NOT treating a serious medical injury
Nor was there any justification For C/o Kimal actions PAGE __ OF __
to seize my brace These unconstitutional acts has caused further
unwanton Complications and Still NO brace Nor any treatment.

## COUNT I

The following civil rights has been violated: **8th 14th 5th Amendment Violations!**

A.D.A. Prohibits discrimination against a disable. Violated Due process, Violated my Equal protection rights, Cruel and Unusual punishment Violation Deliberate indifference violation

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

August 2nd 2014 C/o Kimal deliberately with malicious recklessness took/SEIZED my drop foot brace without any reason it wasn't a security issue I was a single cell. When I ask C/o Kimal for a unauthorized property form He said I didn't need one. C/o Kimal was the unit guard I'd been in the unit for over 6 month C/o Kimal had knowledge of my medical needs and the need of the brace for daily support And Kimal disregarded my medical need for the brace. This was an unnecessary entontional evil act done to delibertely cause pain and stress I told C/o Kimal about my hip pain He said you are faking there No medical problem with your legs. Now C/o Kimal's evil act has caused unwanton pain and unwanton future surgeries My lower back Never pained before C/o Kimal intentionally seized my brace Now I'm disable an may need a cane or even a wheelchair to get around in the future And medical wouldn't treat or see me for my pains C/o Kimal had No reason to seize my medical prectibed dropfoot device Why. By C/o Kimals actions I'm left being a lifelong handicap My permanent injures Could've avoided only if C/o Kimal evil acts had Not happen C/o Kimal is to blame for my pain a injuries and hours of stress a headaches. C/o Kimal had No Right to treat me any different then any other inmate. This drop foot devise wasn't provide because of my good looks It was provided to support my disability And these officers/supervisors disregarded Clearly marked medical issued devises and There knowledge of the Constitutional wrong's Makes it worse There evil ententions have caused much pain. It was very obvious the brace was provided by Medical. Even A child would recognize my disability by the limp in my walk without the support of this drop foot brace.

## COUNT II

The following civil rights has been violated: 1th 5th 8th + 14th Amendment Violation, Equal Protection violation, Due Process violation + deliberate indifference violation

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

John Keast, Warden Baker, John Doe head medical over prisons, John Doe head of medical at lovelock, John Doe head of medical at Ely each had knowledge of my medical needs and the need of the dropfoot brace to support my disability. They all intentionally failed to treat or ever give me an appointment to treat my injuries. They failed to train there employees to recognize a serious medical need. They all ignored and failed to fix a wrong once they all became aware of the wrong. These supervisor failed to supervise because I wrote numerous kites to each of these superviser and I never got a response they intentionally with great disregards to a serious medical injury and the need of a medical device. Each clearly has shown and demonstrated deliberate indifference to my lower back pain and right hip pains. C/o Kimal as an employee to these supervisor's had he been trained OR had these heads really done there jobs we wouldn't be here today! They all had fair warning and failed to fix this wrong. They all know there action were unconstitutional. Recklessly with malicious intentions fail to treat my serious medical needs that were well documented injuries which they're discrimination actions has caused added injurys and unnecessary infliction of pain and emotional stress and suffering. Official had no right to allow c/o Kimal to treat me any different then another inmate. Its clear c/o Kimal's knowledge and the knowledge of these supervisors then outright refusal of any treatment is very unconstitutional. Chronicly diagnosed with dropfoot disability. then, Refuse to provide treatment when other injuries arise because of c/o Kimal intentional evil actions of seizing the medical issued devrise. Its all unconstitutional

## COUNT III

The following civil rights has been violated: __8th Amendment Violation__ __Deliberate Indifference. Equal Protection Violation__ __Cruel and unusual punishment Violation__

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Finally receive a Kite back I'd wrote Nov 23rd 2016 I receive Dec 21st 2016 Stating I'd be scheduled to see a nurse to be evaluated. First response in years Which, Now my lower back and right hip pain is very serious and is very internal I need X-rays, or MRI's to determine to amount of these injuries It's very painful to walk and It's hard to sleep, It's emotional stressful to hurt all the time without proper medical help I need a specialist to treat both my back and hip and a therapist for more treatment A nurse ain't helping this issue But I'm not refusing. Just I want and need better health care for this unwanted injury. What about my need of a drop foot brace to support my disability This nurse can not provide or fit me with this dropfoot devise thats so needed I'd like to be treated like any other inmate in the system Only trying to replace evil with good by seeking the medical treatment to heal this unwanted pain Hopefully the Courts will help in this process

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ____ Yes __X__ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

outline).

a) Defendants: _____
b) Name of court and docket number: _____
c) Disposition (for example, was the case dismissed, appealed or is it still pending?): _____

d) Issues raised: _____
_____
_____

e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes ____ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____
b) Name of court and case number: _____
c) The case was dismissed because it was found to be (check one): ____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
_____

e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____
b) Name of court and case number: _____

7

c) The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes \_\_\_ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) \_\_\_ disciplinary hearing; (2) \_\_\_ state or federal court decision; (3) \_\_\_ state or federal law or regulation; (4) \_\_\_ parole board decision; or (5) \_\_\_ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.
Date and institution where grievance was filed *Second one Filed informal 12·16·16 at NNCC.*

Response to grievance: *No response from First informal filed 11·14·16. Filed the second one Dated 12·16·16 with proper information made very plain and Clear! with administration Claims Form*

8

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

Wherefore, Pamplin respectfully prays this court enter judgment Granting Pamplins declaration The acts described violated his rights under the Constitution And A Preliminary and permant injunction ordering defendants Keast And John Doe medical director to Treat Pamplins lower back and right hip with necessary medical treatment And Provide drop foot brace. And Granting Pamplin compensatory damages in the amount of two Million against each defendant jointly and severally And Punitive damages in the amount of Four Million against each defendant jointly and severally. Pamplin seeks jury trial and recovery of their cost in this suit. Plus, any relief the court deems just and proper and Equitable.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

(Signature of Plaintiff) John D. Pamplin

January 7th 2017
(Date)

Continue E. Request For Relief From page 9
(Additional space if needed; identify what is being continued)

On the Preliminary and Permant injunction ordering Under Federal Rules of Civil Procedure Rule 35 I want outside doctors to treat my lower back and right hip also, A outside doctor to fit me with a drop foot brace. And treatment of my drop foot disabilities. Also, A outside Doctor for future treatment of both my lower back and the drop foot issues. All injury relating to the lack of support of the brace. Plus, Any needed monitoring done by outside Doctors. My only objective here is to seek justice in a unjust prison system. And, To restore my health back to somewhat mobility I had before I was so miss treated by the prison staff.