# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN DAVID PAMPLIN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN BAKER, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:16-CV-00745-MMD-CLB<br><br>**ORDER TO SUBSTITUTE**<br><br>[ECF No. 143] |

Defendants entered a suggestion of death on the record as to Defendant Gregory Martin. (ECF No. 143). Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). Therefore, if a motion for substitution by the decedent's successor or representative is not filed on or before **Thursday, November 16, 2023**, Defendant Gregory Martin must be dismissed from this action.

**IT IS SO ORDERED.**

**DATED**: August 18, 2023  .

_____
**UNITED STATES MAGISTRATE JUDGE**